# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Lawrie

V.

Hedgepeth et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 10cv1076-JM(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses this case because the Petition in this case is duplicative of that filed in case number 10cv1034-DM(PCL)..................................................................................................................
................................................................................................................................................................

| May 27, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON May 27, 2010

10cv1076-JM(WMC)